Daniel A. Lev (CA Bar No. 129622)
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

(Proposed) Attorneys for 3 Day Blinds, Inc., Debtor and Debtor in Possession

FILED & ENTERED

OCT 24 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>3 DAY BLINDS, INC., a Delaware corporation,<br><br>Debtor. | Case No. 8:08-bk-16696-ES<br><br>Chapter 11<br><br>**ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING (A) BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND (B) BREAKUP FEE AND EXPENSE REIMBURSEMENT**<br><br>DATE:    October 23, 2008<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom "5A" |

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]

ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES

On October 23, 2008, the Court, the Honorable Erithe Smith, United States Bankruptcy Judge, presiding, considered the "Emergency Motion for Order Authorizing (A) Bidding Procedures for the Sale of Substantially All Estate Assets Free and Clear Of Liens, Claims, Encumbrances and Interests, and Assumption and Assignment of Unexpired Leases and Executory Contracts and (B) Breakup Fee And Expense Reimbursement" (the "Motion"), filed by 3 Day Blinds, Inc., a Delaware corporation (the "Debtor"), the debtor and debtor in possession in the above-captioned case.  The Debtor appeared by and through its proposed general bankruptcy counsel of record, Victor A. Sahn and Daniel A. Lev, **Sulmeyer**Kupetz, A Professional Corporation and through its proposed special labor counsel of record, Aram Ordubegian and Victor Fu, Richardson & Patel LLP.  TPG Ventures L.P. ("TPG") and Rosewood Capital IV L.P. ("Rosewood LP"), and Rosewood Capital IV Associates, L.P. ("Rosewood Associates" and collectively with Rosewood LP and TPG, "TPG-Rosewood") appeared by and through Richard Chesley, Paul, Hastings, Janofsky & Walker LLP.  CIT Lending Services Corporation, in its capacity as a Lender and Administrative Agent , appeared by and through Marsha Houston, Reed Smith LLP.  OFS Funding I, LLC and OFSI Fund III, Ltd. appeared by and through Peter Gurfein, Akin Gump LLP.  The Office of the United States Trustee appeared by and through Michael Hauser.  Other appearances were as reflected on the record of the hearing on the Motion.

After consideration of the Motion and Declaration of Michael Bush in Support of the Motion, and after consideration of the statements and arguments of counsel and the evidence presented at the hearing, and after finding that this Court has jurisdiction to approve the Motion, and after further finding that notice of the hearing on the approval of the Motion was proper under the circumstances of this case, and for good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted on the terms set forth herein.

2. The Debtor shall file a motion seeking approval of the Initial Bid by no later than October 31, 2008 (the "Sale Motion").[1]  At the present time, the Court has not reserved a date for a hearing on the Sale Motion, but the Debtor will seek a date (the "Sale Hearing") convenient to the Court's calendar on or before November 24, 2008, which will be the deadline for obtaining an order approving the Sale Motion (the "Sale Order Deadline").  Concurrently upon filing the Sale Motion, the Debtor will cause to be served upon all relevant parties the order setting forth the bidding procedures pursuant to this Motion (the "Bidding Procedures Order"), the Sale Motion and any cure amounts or other exhibits deemed appropriate by the Debtor.

3. Between the date of this Order and the Qualified Bid Deadline (as defined below), the Debtor will continue to solicit interest in the Assets and provide information to prospective bidders (each a "Potential Bidder").  The Debtor will solicit this interest through November 19, 2008.  In order to participate in the process, a Potential Bidder will be given access to the Debtor's due diligence materials in order to conduct due diligence with respect to the Assets.  The Debtor's professionals will also be available to answer any questions regarding the information in the due diligence materials or other reasonably requested information.

4. Any competing bidder shall be required to provide to the counsel for the Debtor by no later than 9:00 a.m., Pacific Time, on the Qualified Bid Deadline, (i) a good faith deposit in the amount of $100,000.00 in order to be eligible to bid, with such payment to counsel for the Debtor in cash or cash equivalent including a wire transfer or a cashier's check and (ii) evidence in a form satisfactory to the Debtor, which shall include a non-contingent commitment from a lender or financier, that it will fund the balance of the purchase price which the proposed overbidder offers to pay or other evidence demonstrating the ability to close.  In addition, a potential overbidder must

---

[1] Unless otherwise indicated, all capitalized terms shall have the meanings ascribed to them by the Motion.

submit a written bid in the form of a "marked up" asset purchase agreement with no contingencies, no additional representations and warranties and no changes in timing; and (iii) an expense reimbursement of up to $100,000.00 in favor of the Buyer. Therefore, a "higher and better bid" than the bid received from Buyer shall be the sum of the Buyer's bid plus the sum of $100,000.00 which is the maximum amount of the expense reimbursement, plus the minimum overbid of $100,000.00 on the first overbid submitted. The Debtor will review such materials and designate those Potential Bidders that meet the various requirements, in the Debtor's sole discretion, as qualified bidders ("Qualified Bidders"). Any party objecting to the Debtor's determination may raise the issue of bid qualification at the hearing on the Sale Motion.

5.    A qualified bid (a "Qualified Bid") shall be any bid received from a Qualified Bidder that meets the requirements of the paragraph above and is submitted before five (5) business days prior to the Sale Hearing (the "Qualified Bid Deadline"), but in no event later than the close of business on November 19, 2008.

6.    If the Debtor receives either at least one (1) Qualified Bid prior to the Qualified Bid Deadline, then the Debtor shall notify the Buyer and any other Qualified Bidder(s), and the Debtor shall conduct the Sale (the "Auction Sale") at least two business days, but in no event later than November 21, 2008, prior to the Sale Hearing (the "Auction Date"), which Auction Sale shall take place at the offices of counsel for the Debtor, **Sulmeyer**Kupetz, A Professional Corporation, located at 333 South Hope Street, 35th Floor, Los Angeles, California 90071.

7.    Only the Buyer and the Qualified Bidder(s) who have submitted Qualified Bids may participate in the Auction Sale. At the commencement of the Auction Sale, the Debtor shall identify the bid that it has deemed the highest and best offer in the Debtor's sole business judgment and discretion. The Debtor shall permit the Buyer and the Qualified Bidder(s) to submit subsequent bids, provided that the first initial bid must exceed the preceding bid by not less than the lesser of $100,000.00 as stated above, with each subsequent bid in increments of no less than $25,000.00 cash.

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]    -3-
ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES

1    8.    If the Debtor does not receive at least one Qualified Bid prior to the Qualified Bid Deadline, then no Auction Sale shall be conducted, and the Sale Hearing shall proceed with the Sale to the Buyer as the successful bidder.  The Debtor will not consider offers after the Sale nor shall the Bankruptcy Court consider any objections to the Sale Motion that are based on the existence or potential for other or different offers or proposals to purchase the Debtor's assets that are not submitted prior to the Qualified Bid Deadline.

9.    If the Debtor does receive at least one Qualified Bid, then the Debtor will conduct the Auction Sale on the Auction Date at the end of which the Debtor will advise the Court of what it believes to be the highest and best bid (the "Successful Bidder") and, as applicable, describe the results of the Auction Sale and any necessary changes to the orders, contracts or agreements previously filed with the Court.  The second highest bidder shall, in its discretion, be designated as the back-up bidder (the "Back-Up Bidder") and will be required to close the transaction on the last bid submitted by the Back-Up Bidder in the event the Successful Bidder does not close the transaction or appear to be able to close the transaction as determined in the Debtor's sole discretion.

10.    In the event the Buyer is overbid, Buyer shall be reimbursed for its expenses in connection with this sale in an amount not to exceed $100,000.00, subject to approval by the Bankruptcy Court.  This amount shall be included in the notice to creditors and interested parties of the Sale Hearing.

/ / /

/ / /

/ / /

1  |  11. This Order shall be effective immediately upon entry, without any
2  |  stay of execution.

###

DATED: October 24, 2008

*Erithe A. Smith*

United States Bankruptcy Judge

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]    -5-
ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

On October 24, 2008, I served the following document(s) described as **ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING (A) BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND (B) BREAKUP FEE AND EXPENSE REIMBURSEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with SulmeyerKupetz's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2008, at Los Angeles, California.


/s/ Denise Givens
Denise Givens

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# SERVICE LIST

Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

**Debtor**
3 Day Blinds, Inc.
2220 East Cerritos Avenue
Anaheim, CA 92806

**Attorneys for CIT Lending Services Corporation, et al.:**
Richard A. Robinson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801

**Attorneys for CIT lending Services Corporation, et al.**
Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

**Attorneys for Equity Security Holders**
Richard A. Chesley, Esq.
Paul Hastings Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606

**Attorneys for Orchard First Source Capital, Inc.**
Peter J. Gurfein, Esq.
Akin Gump Strauss Hauser & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

**Twenty Largest Creditors**

Paul Hastings Janofsky & Walker, LLP
Gregg Vignos, Esq.
55 Second Street, 24th Floor
San Francisco, CA 94105-3441

State Board of Equalization
Attn: Victo Gullien
PO Box 942879
Sacramento, CA 94279

Offshore Promotion, Inc.
Attn: Roxanne Ojeda
3065 Beyer Boulevard, Suite 103
San Diego, CA 92154

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]    -7-
ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES

1. Federal Express
   Attn: Judy Snyder
   PO Box 7221
   Pasadena, CA 91109-7321

2. Mediaspot, Inc.
   Attn: Quinn Troung
   1550 Bayside Drive
   Corona Del Mar, CA 92625

3. Hunter Douglas-Components
   Attn: Robin Surarez
   2 Parkway
   Upper Saddle River, NJ 07458

4. Danmer, Inc.
   Attn: Heidi Jimenez
   8000 Woodley Avenue
   Van Nuys, CA 91406

5. Alumafold Pacific, Inc.
   Attn: Tim Whittaker
   3730 South Capitol Avenue
   Whittier, CA 90601

6. Comfortex Corporation
   Attn: Zack Richards
   PO Box 406455
   Atlanta, GA 30384-6455

7. California Overnight
   Attn: Dave Joslyn
   3401 East Harbour Drive
   Phoenix, AZ 85034

8. Armstrong/Robitaille
   Attn: Billie Selvidge
   PO Box 51793
   Los Angeles, CA 90051

9. Concept Packaging & Des., Inc.
   Attn: Dave Wyneken
   16930 Valley View
   La Mirada, CA 90638

10. Microsoft Licensing, GP
    Attn: Nancy Ewing
    1401 Elm Street, 5th Floor
    Dept. 842467
    Dallas, TX 75202

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1. Hunter Douglas-Intermountain
   Attn: Kevin Kellogg
2. 12400 Stowe Drive
   Poway, CA 92064-6850
3. 
   Blue Shield of California
4. Attn: Erin Towery
   File 55331
5. Los Angeles, CA 90074-5331

6. The Great Indoors
   Attn: Michael Juby
7. 3333 Beverly Boulevard
   c/o Len Saul G3-240b
8. Hoffman Estates, IL 60179

9. Valassis Direct Mail, Inc.
   Attn: Lloyd Triebsch
10. One Targeting Centre
    Wondsor, CT 06095

11. 
    Wasau Underwriters Insurance Company
12. Attn: Amy Dvorak
    PO Box 1525
13. Dover, NH 03821-1525

14. Enstrom Corporation
    Attn: Janice Esnstom
15. 235 Trade Street
    San Marco, CA 92078

16. 
    Springs Window Fashions
17. Attn: Jane Maly
    PO Box 945792
18. Atlanta, GA 30394-5792

19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]    -9-
ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES

| | SERVICE LIST ON ENTERED ORDER | |
|---|---|---|
| | **SERVED ELECTRONICALLY** | **SERVED VIA U.S. MAIL** |
| | **(Proposed) Attorneys for 3 Day Blinds Debtor and Debtor in Possession**<br>Daniel A. Lev (CA Bar No. 129622)<br>**Sulmeyer**Kupetz<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California 90071-1406<br>Email: dlev@sulmeyerlaw.com<br><br>Office of the United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-8000 | **Debtor**<br>3 Day Blinds, Inc.<br>2220 East Cerritos Avenue<br>Anaheim, CA 92806<br><br>**Attorneys for CIT Lending Services Corporation, et al.:**<br>Richard A. Robinson, Esq.<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, Delaware 19801<br><br>**Attorneys for CIT lending Services Corporation, et al.**<br>Marsha A. Houston, Esq.<br>Reed Smith LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br><br>**Attorneys for Equity Security Holders**<br>Richard A. Chesley, Esq.<br>Paul Hastings Janofsky & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br><br>**Attorneys for Orchard First Source Capital, Inc.**<br>Peter J. Gurfein, Esq.<br>Akin Gump Strauss Hauser & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3012<br><br>**Twenty Largest Creditors**<br><br>Paul Hastings Janofsky & Walker, LLP<br>Gregg Vignos, Esq.<br>55 Second Street, 24th Floor<br>San Francisco, CA 94105-3441<br><br>State Board of Equalization<br>Attn: Victo Gullien<br>PO Box 942879<br>Sacramento, CA 94279<br><br>Offshore Promotion, Inc.<br>Attn: Roxanne Ojeda<br>3065 Beyer Boulevard, Suite 103<br>San Diego, CA 92154 |

Federal Express
Attn: Judy Snyder
PO Box 7221
Pasadena, CA 91109-7321

Mediaspot, Inc.
Attn: Quinn Troung
1550 Bayside Drive
Corona Del Mar, CA 92625

Hunter Douglas-Components
Attn: Robin Surarez
2 Parkway
Upper Saddle River, NJ 07458

Danmer, Inc.
Attn: Heidi Jimenez
8000 Woodley Avenue
Van Nuys, CA 91406

Alumafold Pacific, Inc.
Attn: Tim Whittaker
3730 South Capitol Avenue
Whittier, CA 90601

Comfortex Corporation
Attn: Zack Richards
PO Box 406455
Atlanta, GA 30384-6455

California Overnight
Attn: Dave Joslyn
3401 East Harbour Drive
Phoenix, AZ 85034

Armstrong/Robitaille
Attn: Billie Selvidge
PO Box 51793
Los Angeles, CA 90051

Concept Packaging & Des., Inc.
Attn: Dave Wyneken
16930 Valley View
La Mirada, CA 90638

Microsoft Licensing, GP
Attn: Nancy Ewing
1401 Elm Street, 5th Floor
Dept. 842467
Dallas, TX 75202

Hunter Douglas-Intermountain
Attn: Kevin Kellogg
12400 Stowe Drive
Poway, CA 92064-6850

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2   Blue Shield of California
    Attn: Erin Towery
3   File 55331
    Los Angeles, CA 90074-5331

4   The Great Indoors
    Attn: Michael Juby
5   3333 Beverly Boulevard
    c/o Len Saul G3-240b
6   Hoffman Estates, IL 60179

7   Valassis Direct Mail, Inc.
    Attn: Lloyd Triebsch
8   One Targeting Centre
    Wondsor, CT 06095

9
    Wasau Underwriters Insurance Company
10  Attn: Amy Dvorak
    PO Box 1525
11  Dover, NH 03821-1525

12  Enstrom Corporation
    Attn: Janice Esnstom
13  235 Trade Street
    San Marco, CA 92078

14
    Springs Window Fashions
15  Attn: Jane Maly
    PO Box 945792
16  Atlanta, GA 30394-5792

17
18
19
20
21
22
23
24
25
26
27
28

[DAL\LIT\522552.1 10/24/2008 (4:40 PM)]    -12-
ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING BIDDING PROCEDURES