Daniel A. Lev (CA Bar No. 129622)
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

(Proposed) Attorneys for 3 Day Blinds, Inc., Debtor and Debtor in Possession



FILED & ENTERED

DEC 09 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-16696-ES |
| 3 DAY BLINDS, INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE OF HEARING RE MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, (2) DETERMINING THAT BUYER IS A GOOD FAITH PURCHASER, (3) WAIVING TEN DAY STAY PURSUANT TO RULE 6004(G) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND (4) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS DESIGNATED BY BUYER** |
| | **Original Hearing Date** |
| | DATE:  December 11, 2008<br>TIME:  2:00 p.m.<br>PLACE: Courtroom "5A" |
| | **New Hearing Date** |
| | DATE:  February 3, 2009<br>TIME:  10:30 a.m.<br>PLACE: Courtroom "5A" |

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]

1

ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

The Court, the Honorable Erithe Smith, United States Bankruptcy Judge, presiding, having considered the Emergency Request for Continuance of Hearing re Motion of Debtor and Debtor in Possession for Order (1) Authorizing Sale of Substantially All Estate Assets Free and Clear of Liens, Claims and Interests, (2) Determining That Buyer is a Good Faith Purchaser, (3) Waiving Ten Day Stay Pursuant to Rule 6004(g) of the Federal Rules of Bankruptcy Procedure, and (4) Authorizing Assumption and Assignment of Unexpired Leases of Non-Residential Real Property and Executory Contracts Designated by Buyer (the "Emergency Request") filed by 3 Day Blinds, Inc., a Delaware corporation (the "Debtor"), the debtor and debtor in possession herein, and for good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Emergency Request is granted on the terms set forth herein.

2. The hearing on the Motion of Debtor and Debtor in Possession for Order (1) Authorizing Sale of Substantially All Estate Assets Free and Clear of Liens, Claims and Interests, (2) Determining That Buyer is a Good Faith Purchaser, (3) Waiving Ten Day Stay Pursuant to Rule 6004(g) of the Federal Rules of Bankruptcy Procedure, and (4) Authorizing Assumption and Assignment of Unexpired Leases of Non-Residential Real Property and Executory Contracts Designated by Buyer (the "Motion") scheduled for December 11, 2008, at 2:00 p.m., Pacific Standard Time, shall be and hereby is continued to February 3, 2009, at 10:30 a.m., Pacific Standard Time, or as soon thereafter as the matter may be heard, in Courtroom "5A" of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701-4593, before the Honorable Erithe Smith, United States Bankruptcy Judge, presiding.

3. Upon entry of this Order, the Debtor shall provide written notice of the continued hearing date to the Office of the United States Trustee, all parties requesting special notice, the Official Committee of Unsecured Creditors, creditors, and other parties in interest.

###

DATED: December 9, 2008

*Erithe A. Smith*
United States Bankruptcy Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

On December 8, 2008, I served the following document(s) described as **ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE OF HEARING RE MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, (2) DETERMINING THAT BUYER IS A GOOD FAITH PURCHASER, (3) WAIVING TEN DAY STAY PURSUANT TO RULE 6004(G) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND (4) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS DESIGNATED BY BUYER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with SulmeyerKupetz's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 8, 2008, at Los Angeles, California.

/s/ Denise Givens
Denise Givens

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]

1

ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Office of the United States Trustee |
| | 411 West Fourth Street, Suite 9041 |
| 4 | Santa Ana, CA 92701-8000 |
| 5 | **Debtor** |
| | 3 Day Blinds, Inc. |
| 6 | 2220 East Cerritos Avenue |
| | Anaheim, CA 92806 |
| 7 | |
| | **Attorneys for CIT Lending Services Corporation, et al.:** |
| 8 | Richard A. Robinson, Esq. |
| | Reed Smith LLP |
| 9 | 1201 Market Street |
| | Suite 1500 |
| 10 | Wilmington, Delaware 19801 |
| 11 | **Attorneys for CIT lending Services Corporation, et al.** |
| | Marsha A. Houston, Esq. |
| 12 | Reed Smith LLP |
| | 355 South Grand Avenue, Suite 2900 |
| 13 | Los Angeles, CA 90071-1514 |
| 14 | **Attorneys for Equity Security Holders and TPG-Rosewood Acquisition Corp.** |
| | Richard A. Chesley, Esq. |
| 15 | Paul Hastings Janofsky & Walker LLP |
| | 191 North Wacker Drive, 30th Floor |
| 16 | Chicago, IL 60606 |
| 17 | **Attorneys for Orchard First Source Capital, Inc.** |
| | Peter J. Gurfein, Esq. |
| 18 | Akin Gump Strauss Hauser & Feld LLP |
| | 2029 Century Park East, Suite 2400 |
| 19 | Los Angeles, CA 90067-3012 |
| 20 | **Attorneys for Creditors Committee** |
| | Scott Blakeley, Esq. |
| 21 | Blakeley & Blakeley LLP |
| | 1000 Quail Street, Suite 200 |
| 22 | Newport Beach, CA 92660 |
| 23 | **Twenty Largest Unsecured Creditors** |
| 24 | Paul Hastings Janofsky & Walker, LLP |
| | Gregg Vignos, Esq. |
| 25 | 55 Second Street, 24th Floor |
| | San Francisco, CA 94105-3441 |
| 26 | |
| | State Board of Equalization |
| 27 | Attn: Victo Gullien |
| | PO Box 942879 |
| 28 | Sacramento, CA 94279 |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

Offshore Promotion, Inc.
Attn: Roxanne Ojeda
3065 Beyer Boulevard, Suite 103
San Diego, CA 92154

Federal Express
Attn: Judy Snyder
PO Box 7221
Pasadena, CA 91109-7321

Mediaspot, Inc.
Attn: Quinn Troung
1550 Bayside Drive
Corona Del Mar, CA 92625

Hunter Douglas-Components
Attn: Robin Surarez
2 Parkway
Upper Saddle River, NJ 07458

Danmer, Inc.
Attn: Heidi Jimenez
8000 Woodley Avenue
Van Nuys, CA 91406

Alumafold Pacific, Inc.
Attn: Tim Whittaker
3730 South Capitol Avenue
Whittier, CA 90601

Comfortex Corporation
Attn: Zack Richards
PO Box 406455
Atlanta, GA 30384-6455

California Overnight
Attn: Dave Joslyn
3401 East Harbour Drive
Phoenix, AZ 85034

Armstrong/Robitaille
Attn: Billie Selvidge
PO Box 51793
Los Angeles, CA 90051

Concept Packaging & Des., Inc.
Attn: Dave Wyneken
16930 Valley View
La Mirada, CA 90638

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]    3

ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

Microsoft Licensing, GP
Attn: Nancy Ewing
1401 Elm Street, 5th Floor
Dept. 842467
Dallas, TX 75202

Hunter Douglas-Intermountain
Attn: Kevin Kellogg
12400 Stowe Drive
Poway, CA 92064-6850

Blue Shield of California
Attn: Erin Towery
File 55331
Los Angeles, CA 90074-5331

The Great Indoors
Attn: Michael Juby
3333 Beverly Boulevard
c/o Len Saul G3-240b
Hoffman Estates, IL 60179

Valassis Direct Mail, Inc.
Attn: Lloyd Triebsch
One Targeting Centre
Wondsor, CT 06095

Wasau Underwriters Insurance Company
Attn: Amy Dvorak
PO Box 1525
Dover, NH 03821-1525

Enstrom Corporation
Attn: Janice Enstrom
235 Trade Street
San Marco, CA 92078

Springs Window Fashions
Attn: Jane Maly
PO Box 945792
Atlanta, GA 30394-5792

**Attorneys for Weingarten Realty Investors**
Ivan Gold, Esq.
Marlene Moffitt, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

**Landlord**
Weingarten Realty Investors
Attn: Jenny J. Hyun, Esq.
2600 Citadel Plaza Drive
Houston, TX 77008
Email: jhyun@weingarten.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | |
|---|---|
| 1 | **Request for Special Notice** |
| 2 | |
| | **Attorneys for Central Building LLC** |
| 3 | Gina Sharron, Esq. |
| | Rentschler/Tursi LLP |
| 4 | 411 Borel Avenue, Suite 510 |
| | San Mateo, CA 94402 |
| 5 | |
| | **Attorneys for CIT Lending Services Corporation** |
| 6 | Marsha A. Houston, Esq. |
| | Christopher O. Rivas, Es.q |
| 7 | Reed Smith LLP |
| | 355 S. Grand Avenue, Ste. 2900 |
| 8 | Los Angeles, CA 90071-1514 |
| | Email: mhouston@reedsmith.com |
| 9 | Email: crivas@reedsmith.com |
| | |
| 10 | **Attorneys for Comerica Bank** |
| | David McCarty, Esq. |
| 11 | Sheppard Mullin Richter & Hampton LLP |
| | 333 South Hope Street, 48th Floor |
| 12 | Los Angeles, CA 90071-1448 |
| | |
| 13 | **Attorneys for Developers Diversified Realty Corporation** |
| | Thomas J. Leanse, Esq. |
| 14 | Brian D. Huben, Esq. |
| | Katten Muchin Rosenman LLP |
| 15 | 2029 Century Park East Suite 2600 |
| | Los Angeles, CA 99967-3012 |
| 16 | |
| | **Counsel for Developers Diversified Realty Corporation** |
| 17 | Eric C. Cotton, Esq. |
| | 3300 Enterprise Parkway |
| 18 | Beachwood, OH 44122 |
| | Email: ecotton@ddrc.com |
| 19 | |
| | **Attorneys for Inland Western Oswego Douglass, LP,** |
| 20 | **MB Fabyan Randall Plaza Batavia LLC,,** |
| | **Inland Western Temecula Commons, LLC and** |
| 21 | **Inland Western Gilroy I, LLC; Inland Grayhawk, LLC** |
| | Kevin M. Newman, Esq. |
| 22 | Menter, Rudin & Trivelpiece, PC |
| | 308 Maltbie Street, Suite 200 |
| 23 | Syracuse, NY 13204-1498 |
| | Email: knewman@menterlaw.com |
| 24 | |
| | **Attorneys for The Irvine Company** |
| 25 | Ernie Zachary Park, Esq. |
| | Bewley, Lassleben & Miller, LLP |
| 26 | 13215 East Penn Street, Suite 510 |
| | Whittier, CA 90602-1797 |
| 27 | |
| 28 | |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]

5

ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

**Attorneys HRTC I, LLC**
Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

**Attorneys for Department of Revenue**
Missouri Department of Revenue
Bankruptcy Unit, Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO 65105-0475

**Attorneys for Saddle Rock, Woodmen and Alderwood**
Jennifer L. Stenman, Esq.
Franke Greenhouse, Esq.
List & Lippitt LLP
1228 Fifteenth Street, Suite 200
Denver, CO 80202

**Attorneys for Terramar Retail Centers and TRC MM, LLC fka GMS Five, LLC**
Todd R. Gabriel, Esq.
Sparber Rudolph Annen, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101

**Attorneys for Passco Olathe Station S, LLC, et al.**
Meredyth A. Vick, Esq.
The Sader Law Firm
4739 Belleview Avenue, Suite 300
Kansas City, MO 64112

**Attorneys for CAB West, LLC**
Randall P. Mroczynski, Esq.
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626

**Landlords for Assumed Leases of Non-Residential Real Property**

The City of San Marcos
c/o Investment Development Services, Inc.
629 J Street, #204
San Diego, CA 92101

Woodcreek Shopping Center
c/o Cortese Investments Company
21 Lafayette Circle
Lafayette, CA 94549

West Coast Investors
520 Wilshire Boulevard, #300
Santa Monica, CA 90401

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]
6
ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

| | |
|---|---|
| 1 | Panos Properties, LLC |
| | 6850 E. Greenlake Way North, Suite 201 |
| 2 | Seattle, WA 98115 |
| 3 | Pacific Promenade, LLC |
| | c/o Pederson Group, Inc. |
| 4 | 2800 N. Central Avenue, Suite 1525 |
| | Phoenix, AZ 85004 |
| 5 | |
| | Services, Ltd. |
| 6 | c/o Fuller Real Estate |
| | 1515 Arapahoe Street, Suite 1200 |
| 7 | Denver, CO 80202 |
| 8 | Sher Lane, LLC |
| | c/o Metrovation |
| 9 | 225 108th Avenue, N.E., Suite 520 |
| | Bellevue, WA 98004 |
| 10 | |
| | IBP Retail No. 3, L.P. |
| 11 | c/o Billingsley Property Service, Inc. |
| | 4100 International Parkway, Suite 1100 |
| 12 | Carroltown, TX 75007 |
| 13 | NPI-Clybourn, LLC |
| | 2516 Waukegan Road, #370 |
| 14 | Glenview, IL 60025 |
| 15 | DSA Properties |
| | c/o Karney Management |
| 16 | 12011 San Vicente Boulevard, Suite 700 |
| | Los Angeles, CA 90049 |
| 17 | |
| | **Potential Purchaser** |
| 18 | Mr. Vaughn Barber |
| | Director of Business Development |
| 19 | Greystone Private Equity |
| | 101 Main Street, Suite 330 |
| 20 | Huntington Beach, CA 92648 |
| 21 | **Special Labor and Employement Counsel** |
| | Aram Ordubegian |
| 22 | Richardson & Patel LLP |
| | 10900 Wilshire Boulevard, Suite 500 |
| 23 | Los Angeles, CA 90024 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\523173.1 12/9/2008 (3:12 PM)]

7

ORDER GRANTING EMERGENCY REQUEST FOR CONTINUANCE

| SERVICE LIST ON ENTERED ORDER ||
|---|---|
| **SERVED ELECTRONICALLY** | **SERVED VIA U.S. MAIL** |
| **Attorneys for Creditors Committee**<br>Scott Blakeley, Esq.<br>Email: sblakeley@bandblaw.com<br><br>**Attorneys for Debtor**<br>Daniel A. Lev, Esq.<br>Email: dlev@sulmeyerlaw.com | |